# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VICKIE POUNDS

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY, BENJAMIN TODD AND
NATIONWIDE AFFINITY
INSURANCE COMPANY OF AMERICA

NO. 2019 CW 1491

**NOVEMBER 12, 2019**

---

In Re:   Benjamin Todd, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 638870.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.**   The trial court's November 7, 2019 ruling which denied the motion to continue trial filed by defendant is reversed.   La. Code Civ. P. art. 1602 provides that a continuance shall be granted if at the time the case is to be tried, the party applying for the continuance shows that he has been unable, with the exercise of due diligence, to obtain evidence material to his case.   Defendant herein made a sufficient showing to entitle him to a continuance of the November 18, 2019 trial.   The motion to continue the trial from the date of November 18, 2019 is granted.   This matter is remanded to the trial court with instructions to set a new trial date, taking into consideration defendant's needs to obtain material evidence for his case.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT